## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| James L. Orrington, II, D.D.S., P.C. ) | |
| ) | Case No: 14 C 68 |
| v. ) | |
| ) | Judge: Matthew F. Kenn*elly* |
| Celebration Media, Inc., ) | |
| d/b/a Talk of the Town Awards, et al. ) | |

## **ORDER**

    No objection having been filed to plaintiff's motion to consolidate, Case No. 14 C 68 and Case No. 14 C 1186 are consolidated for all purposes. Counsel of record in Case No. 14 C 1186 are directed to file their appearances in Case No. 14 C 68. All filings in either case are to be made on the docket in Case No. 14 C 68, and not in Case No. 14 C 1186. The ruling date of 4/24/2014 is vacated.

Date: April 22, 2014                                          /s/ Judge Matthew F. Kennelly