**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES L. ORRINGTON, II, D.D.S., P.C., )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>                                             )<br>     Plaintiff, )<br>                                             )<br>     v. )<br>                                             )<br>CELEBRATION MEDIA, INC., )<br>doing business as TALK OF THE )<br>TOWN AWARDS, )<br>and JOHN DOES 1-10, )<br>                                           )<br>     Defendants. ) | 14-cv-68<br>Consolidated with<br>14-cv-1186<br><br>Honorable Judge Kennelly |
| ILLINOIS NUT & CANDY HOME OF )<br>FANTASIA CONFECTIONS, LLC, an Illinois )<br>limited liability company, individually and on )<br>behalf of all others similarly situated, )<br>                                           )<br>     Plaintiff, )<br>                                           )<br>     v. )<br>                                           )<br>CELEBRATION MEDIA, INC., )<br>doing business as TALK OF THE )<br>TOWN AWARDS, )<br>and JOHN DOES 1-10, )<br>                                           )<br>     Defendants. ) | 14-cv-1186<br><br>Honorable Judge Kennelly |

**ORDER ENTERING DEFAULT JUDGMENT**

     This matter coming to be heard on prove-up on damages and fees and costs, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

     Default judgment is entered against Defendant Celebration Media, Inc., doing business as Talk of the Town Awards, and in Plaintiffs' favor, in the amount of $1,500.00 for each plaintiff in statutory damages, plus $6,626.00 in attorney's fees to Edelman Combs Latturner & Goodwin, LLC ("ECLG"), 7,556.50 in attorney's fees to Siprut, PC, $495.00 in cost of suit to ECLG and $646.59 in costs of suit to Siprut, PC, for a total of $18,324.09.

Defendant Celebration Media, Inc., doing business as Talk of the Town Awards, is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiffs.

Plaintiffs' individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

_____
Judge
Date: June 27, 2014